# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 3:11-mj-0006 CMK

Shawn L. Hale

**ORDER TO PAY**

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~

CITY     STATE     ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 9-13-11     _[signature]_
                                DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[X] Fine: $ 0 and a penalty assessment of $ 40.00 for a TOTAL AMOUNT OF: $ 40.00 within ~~_____ days/months; or payments of $ _____ per month, commencing_____~~ and due on the forthwith, ~~of each month until paid in full.~~
[X] Restitution: $1,000 to Shasta Trinity National Forest, payable in monthly installments of $50 beginning 10-1-11
( ) Community Service _____ with fees not to exceed $_____
    completed by _____
24 months unsupervised probation; excluded from national forest lands

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~USDC CENTRAL VIOLATIONS BUREAU (SA) POST OFFICE BOX 71363 ATLANTA, GA 30371-0026~~

~~CLERK, USDC 1130 O STREET, RM 5000 FRESNO, CA 93721~~

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 9-13-11     _[signature]_
                                U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3